**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Phyllis A. Squiers,

Plaintiff,

vs.

Jorge Luis Rodriguez, M.D. and
Hennepin Faculty Associates,

Defendant.

**Civil File No. 02-CV-00062 DSD/JMM**

**STIPULATION AND ORDER FOR EXTENSION**

The parties to this action, by and through the undersigned counsel, stipulate that Defendant Jorge Luis Rodriguez, M.D. is given an extension of time to answer or otherwise plead to Plaintiff's Complaint until ~~May 22~~, 2002. May 3 JMM

Dated: 4/23, 2002

WARNER LAW OFFICE

Daniel E. Warner, #15295X

3445 Washington Drive
Suite 204
Eagan, MN 55122-1340
(651) 452-8224

Attorney for Plaintiff

APR 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 4/25, 2002

FAEGRE & BENSON LLP

Daniel G. Wilczek, # 131660
Angela M. Crandall, # 285055

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendants

**ORDER**

Based on the foregoing Stipulation,

IT IS SO ORDERED.

Dated: 4/26, 2002

The Honorable John M. Mason
United States Magistrate Judge