**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Phyllis A. Squiers,

Plaintiff,

vs.

Jorge Luis Rodriguez, M.D. and
Hennepin Faculty Associates,

Defendant.

**Civil File No. 02-CV-00062 (JEL/JGL)**

**STIPULATION AND ORDER FOR DISMISSAL**

**STIPULATION**

The parties to this action, by and through the undersigned counsel, stipulate to the dismissal with prejudice of all claims in this action. This stipulation is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Dated: August 9, 2002

WARNER LAW OFFICE

Daniel E. Warner, #15295X
5774 Blackshire Path
Inver Grove Heights, MN 55076

Attorney for Plaintiff

AUG 09 2002
FILED ____
RICHARD D. SLETTEN, CLE
JUDGMENT ENTD ____
DEPUTY CLERK ____

**EXHIBIT B**

Phyllis A. Squiers v. Hennepin Faculty Associates
Civil No. 02-CV-00062 (JEL/JGL)

Dated: Aug. 6, 2002

FAEGRE & BENSON LLP

Daniel G. Wilczek, # 131660
Angela M. Crandall, # 285055

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendants
Hennepin Faculty Associates and
Dr. Jorge Rodriguez

**EXHIBIT B**

Phyllis A. Squiers v. Hennepin Faculty Associates
Civil No. 02-CV-00062 (JEL/JGL)

**ORDER**

Based on the foregoing Stipulation,

IT IS SO ORDERED.

Dated: August 9, 2002

The Honorable Joan E. Lancaster
United States District Court Judge

M1:882169.01